UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN NANNI,<br><br>        Plaintiff<br><br>   v.<br><br>PR FINANCING LIMITED PARTNERSHIP, et al.,<br><br>        Defendants. | CIVIL ACTION NO. 3:22-CV-615<br><br>(MEHALCHICK, M.J.) |

### ORDER

**AND NOW**, this 5th day of April, 2023, **IT IS HEREBY ORDERED** that on or before **Tuesday, April 25, 2023** the parties shall file a report with the court as to the status of settlement discussions and whether both parties wish to pursue settlement through a conference with a magistrate judge or a court-appointed mediator.

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**