UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| JOHN NANNI, an individual, | |
| Plaintiff, | |
| vs. | CIVIL ACTION NO.: 3:22-CV-615 |
| PR FINANCING LIMITED PARTNERSHIP, a Delaware Limited Partnership, | (MEHALCHICK, M.J.) |
| MACY'S RETAIL HOLDINGS, INC., a New York Corporation, | |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendants, by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice as to all claims, and except as otherwise agreed, with each party to bear its respective fees and costs.

Dated: April 25, 2023

Respectfully submitted,                Respectfully submitted,

*/s/ J. Christopher Froelich*          */s/ Victor J. Zarrilli*
J. Christopher Froelich                Victor J. Zarrilli
Of Counsel                             White and Williams LLP
116 E. Penn Avenue                     1800 One Liberty Place
P.O. Box 101                           1650 Market Street
Robesonia, PA 19551                    Philadelphia, Pa. 19103-7395
Tel: (610) 693-5520                    zarrilliv@whiteandwilliams.com
chris@jcfroelichlaw.com                *Attorneys for Defendants*
Bar ID No.: 77409
*Attorneys for Plaintiff*

1

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 25th day of April 2023, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to the following:

Victor J. Zarrilli
 White and Williams LLP
1800 One Liberty Place
1650 Market Street
Philadelphia, Pa. 19103-7395
zarrilliv@whiteandwilliams.com

                                          /s/ J. Christopher Froelich
                                             J. Christopher Froelich