# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN NANNI, | |
|     Plaintiff | CIVIL ACTION NO. 3:22-CV-615 |
| v. | (MEHALCHICK, M.J.) |
| PR FINANCIAL LIMITED PARTNERSHIP, et al., | |
|     Defendants. | |

## ORDER

**AND NOW,** this 3rd day of May, 2023, **IT IS HEREBY ORDERED** that pursuant to Rule 41(a)(1)(A)ii of the Federal Rule of Civil Procedure, the above-captioned case is **DISMISSED** with prejudice. The Clerk of Court is directed to close the case.

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**